IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

KRISTINE STRECKER,

    Plaintiff,

v.                                              No. 2:21-cv-4514 (Under Seal)

LIVENT CORPORATION,
GILBERTO ANTONIAZZI,
    and
MARINA ZIVIK,

    Defendants.

## NOTICE OF APPEAL

Plaintiff, Kristine Strecker, appeals to the United States Court of Appeals for the Third Circuit from the Order granting Defendants' Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ P. Rule 12(b)(6) and dismissing Plaintiff's Amended Complaint with prejudice entered June 28, 2022.

Under the Order entered August 18, 2022, by Judge Baylson, which granted Plaintiff's Motion for an Extension of Time pursuant to Fed. R. App. P. Rule 4(a)(5), this Notice of Appeal is timely filed.

                                                      Respectfully submitted,

Date:  August 18, 2022                    /s/ Brian P. Kirby
                                                      Brian P. Kirby
                                                      Pa. I. D. No. 56345
                                                      Attorney for Plaintiff,
                                                      Kristine Strecker

                                                      171 W. Lancaster Avenue, Suite 100
                                                      Paoli, PA  19301
                                                      Tel. (610) 578-9050; (215) 880-6026 (cell)
                                                      bpkirbyesq@verizon.net