**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KRISTINE STRECKER,<br>    Plaintiff, | |
| v. | No. 2:21-cv-04514-PBT |
| LIVENT CORPORATION,<br>GILBERTO ANTONIAZZI,<br>    And<br>MARINA ZIVIK, | JURY TRIAL DEMANDED<br><br>**FILED UNDER SEAL** |
| Defendants. | |

## **ORDER**

AND NOW, this 18th day of     August    , 2022, upon consideration of Plaintiff's Motion for Extension of Time to File a Notice of Appeal pursuant to Fed. R. App. P. 4(a)(5), and Defendants' response thereto, if any, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion is granted.  Plaintiff is directed to file a Notice of Appeal with the Clerk's Office within fourteen (14) days of the date of this Order.

BY THE COURT:


/s/ MICHAEL M. BAYLSON
_____
 MICHAEL M. BAYLSON   , J.