# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRISTINE STRECKER,** | : |
| **Plaintiff,** | : CIVIL ACTION |
| v. | : NO. 21-4514 |
| **LIVENT CORPORATION,** *et al.*, | : FILED UNDER SEAL |
| **Defendants.** | : |

## ORDER

**AND NOW**, this 28th day of June 2022, upon consideration of Defendants' Motion to Dismiss Complaint (ECF No. 7), Motion to Dismiss the Amended Complaint (ECF No. 10), Plaintiff' Response in Opposition (ECF No. 15), Defendants' Reply Brief (ECF No. 16), and Plaintiff's Surreply (ECF No. 19), **IT IS HEREBY ORDERED AND DECREED** that:

1. Defendants' Motion to Dismiss the original Complaint (ECF No. 7) is **DENIED** as **moot**;

2. Defendant's Motion to Dismiss the Amended Complaint (ECF No. 10) is **GRANTED**;

3. Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

**BY THE COURT**:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**